IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALPHONSO P. BOND,

        Plaintiff,

v.                                                         4:07cv198-WS

KEITH SAWTELL, et al.,

        Defendants.

## ORDER OF DISMISSAL

      Before the Court is the Magistrate Judge's report and recommendation (doc. 13) docketed July 10, 2007. The Magistrate Judge recommends that Plaintiff's complaint be dismissed for failure to state a claim. Plaintiff has filed objections (doc. 16) to the report and recommendation.

      Having considered the record in light of Plaintiff's objections, this Court has determined that the recommendation should be adopted.

      Accordingly, it is ORDERED:

      1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

      2. The complaint, and this action, are hereby DISMISSED without prejudice for failure to state a claim.

      3. The clerk shall enter judgment accordingly and shall note on the docket that this cause is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this  16th  day of  August , 2007.


                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE